1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2

3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division
4

5  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney
6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7019
        FAX: (415) 436-7234
        andrew.dawson@usdoj.gov
8

9  Attorneys for United States of America

10                      UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )  Case No.  CR-16-412-CRB
                                       )
15          Plaintiff,                 )  [PROPOSED] ORDER OF DETENTION OF
        v.                             )  DEFENDANT MICHAEL HOWARD
16                                     )
                                       )
17  MICHAEL HOWARD,                    )
                                       )
18          Defendant.                 )
                                       )
19  _____)

20

21         The defendant Michael Howard came before this Court on October 11, 2016, for a detention

22  hearing.  The defendant was present and represented by his counsel, Assistant Federal Public Defender

23  Ellen Leonida.  Assistant United States Attorney Andrew F. Dawson represented the United States.

24         The government had previously moved for detention, submitting that no condition or

25  combination of conditions would assure the defendant's appearance or reasonably assure the safety of

26  the community.

27         Pretrial Services submitted a report recommending detention.

28

[PROPOSED] DETENTION ORDER
NO. CR 16-412-CRB                              1

1    Upon consideration of the Pretrial Services report ("the Report"), the court file, and the party

2  proffers as discussed below, the Court finds by clear and convincing evidence that no condition or

3  combination of conditions will reasonably assure the safety of the community, and also finds on the

4  present record by a preponderance of the evidence that no condition or combination of conditions would

5  assure the defendant's appearance.  The Court orders the defendant detained.

6    The present order supplements the Court's findings at the detention hearing and serves as written

7  findings of fact and statement of reasons as required by 18 U.S.C. § 3142(i).

8    The Bail Reform Act of 1984, 18 U.S.C. §§ 3141-3150, sets forth the factors which the Court

9  must consider in determining whether pretrial detention is warranted.  In coming to its decision, the

10  Court has considered those factors, paraphrased below:

11    (1)  the nature and seriousness of the offense charged;

12    (2)  the weight of the evidence against the person;

13    (3)  the history and characteristics of the person including, among other considerations,

14  employment, past conduct and criminal history, and records of court appearances; and

15    (4)  the nature and seriousness of the danger to any person or the community that would be posed

16  by the person's release.

17    18 U.S.C. § 3142(g).

18    On October 6, 2016, Defendant Michael Howard was arraigned on an Indictment charging one

19  count under Title 18, United States Code Section 922(g)(1).

20    In considering all of the facts and proffers presented at the hearing, the Court finds the following

21  factors among the most compelling in reaching its conclusion that no combination of conditions could

22  reasonably assure the community's safety or the defendant's appearance as required:  First, as described

23  in the Report, the defendant has an extensive and violent criminal history.  Second, the instant offense

24  was committed while the defendant was on state parole.  The Report further reflects that defendant

25  violated the terms of his parole numerous times in the year prior to the instant offense, reflecting poor

26  amenability to supervision.

27

28

[PROPOSED] DETENTION ORDER
NO. CR 16-412-CRB                              2

1    These factors, among others adduced at the hearing, clearly and convincingly demonstrate that

2  the defendant would be a danger to the community, and also show by a preponderance of the evidence

3  that no combination of conditions could reasonably assure the defendant's appearance as required.

4    Accordingly, pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

5    (1) the defendant is committed to the custody of the Attorney General for confinement in a

6  corrections facility;

7    (2) the defendant be afforded reasonable opportunity for private consultation with his counsel;

8  and

9    (3) on order of a court of the United States or on request of an attorney for the government, the

10  person in charge of the corrections facility in which the defendant is confined shall deliver the defendant

11  to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a

12  court proceeding.

13

14    Dated: October 13, 2016

15

16    HON. SALLIE KIM

17    United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] DETENTION ORDER
NO. CR 16-412-CRB                    3