1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney
5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6        Telephone: (415) 436-7019
         FAX: (415) 436-7234
7        Andrew.Dawson@usdoj.gov

8  Attorneys for the United States

9                          UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,              )   CASE NO: CR 16-412 CRB
                                           )
13        Plaintiff,                       )   STIPULATION TO CONTINUE, EXCLUDE TIME,
                                           )   AND [PROPOSED] ORDER
14     v.                                  )
                                           )
15  MICHAEL HOWARD,                        )
                                           )
16        Defendant.                       )
                                           )
17  _____    )

18        At the request of the Court, the parties submit this stipulation to continue the upcoming status

19  conference to December 21, 2016, at 10:30am.  The parties further stipulate that time be excluded under

20  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).  Excluding time until December

21  21, 2016, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

22        IT IS SO STIPULATED.

23

24  DATED: December 8, 2016                        /s/            ___
                                            ANDREW F. DAWSON
25                                          Assistant United States Attorney

26
    DATED: December 8, 2016                        /s/            ___
27                                          JODI LINKER
                                            Counsel for Defendant
28

    STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
    CR 16-412 CRB

1              [PROPOSED] ORDER

2        Pursuant to the parties' stipulation, the Court hereby continues the upcoming status conference

3   from December 14, 2016, to December 21, 2016.  The Court finds that the exclusion of the period from

4   December 14, 2016 to December 21, 2016, from the time limits applicable under 18 U.S.C. § 3161 is

5   warranted; that the ends of justice served by the continuance outweigh the interests of the public and the

6   defendant in the prompt disposition of this criminal case; and that the failure to grant the requested

7   exclusion of time would deny counsel for the defendant and for the government the reasonable time

8   necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and

9   would result in a miscarriage of justice.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

10       IT IS SO ORDERED.

11

12  DATED:   12/08/2016

                                                HON. CHARLES R. BREYER
13                                              UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 16-412 CRB