1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney
5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
6        Telephone: (415) 436-7019
         FAX: (415) 436-7234
7        Andrew.Dawson@usdoj.gov

8  Attorneys for the United States

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,            )  CASE NO: CR 16-412 CRB
                                         )
13          Plaintiff,                   )  STIPULATION TO CONTINUE, EXCLUDE TIME,
                                         )  AND  ORDER
14      v.                               )
                                         )
15  MICHAEL HOWARD,                      )
                                         )
16          Defendant.                   )
                                         )
17  _____     )

18          On December 19, 2016, Sara Rief was appointed to represent Defendant Howard.  Defense

19  counsel is currently reviewing the discovery that was previously produced by the government.  In light

20  of defense counsel's efforts in reviewing discovery, the parties agree that a continuance of the upcoming

21  status conference would be appropriate.  The parties submit this stipulation to continue the upcoming

22  status conference from December 21, 2016, to January 18, 2017.  The parties further stipulate that time

23  be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).  In light of

24  defense counsel's recent appointment, excluding time until January 18, 2017, will allow for the effective

25  preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

26          IT IS SO STIPULATED.

27  //

28  //

STIPULATION TO CONTINUE, EXCLUDE TIME, AND  ORDER
CR 16-412 CRB

1   DATED: December 19, 2016                    _____/s/_____
                                               ANDREW F. DAWSON
2                                              Assistant United States Attorney

3
    DATED: December 19, 2016                    _____/s/_____
4                                              SARA RIEF
                                               Counsel for Defendant
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

ORDER

2       Pursuant to the parties' stipulation, the Court hereby continues the upcoming status conference

3 from December 21, 2016, to January 18, 2017.  The Court finds that the exclusion of the period from

4 December 21, 2016 to January 18, 2017, from the time limits applicable under 18 U.S.C. § 3161 is

5 warranted; that the ends of justice served by the continuance outweigh the interests of the public and the

6 defendant in the prompt disposition of this criminal case; and that the failure to grant the requested

7 exclusion of time would deny counsel for the defendant and for the government the reasonable time

8 necessary for effective preparation and of counsel, taking into account the exercise of due diligence, and

9 would result in a miscarriage of justice.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

10       IT IS SO ORDERED.

11

12 DATED: __12/19/2019_____        _____

13                                   HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE, EXCLUDE TIME, AND  ORDER
CR 16-412 CRB