Michael Stepanian (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
MICHAEL HOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-00412 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| MICHAEL HOWARD, | |
| Defendant. | |

    Defendant Michael Howard, by and through his counsel of record Michael Stepanian and Assistant United States Attorney Andrew Dawson hereby stipulate and agree that the sentencing in the above case which is presently set for Wednesday, November 15, 2017 at 10:00 a.m., be continued to Wednesday, December 13, 2017 at 10:00 a.m.

    This continuance is at the request of counsel for additional time to review the materials and transition of counsel in this matter. Probation Officer Jill Spitalieri has been notified and has no objection.

///

///

STIPULATED REQUEST TO CONTINUE SENTENCING HEARING DATE
U.S. v. Michael Howard, CR 16-00412 CRB

Respectfully Submitted,

Dated: October 6, 2017        /s/ Michael Stepanian
                              MICHAEL STEPANIAN
                              Counsel for Defendant
                              Michael Howard

Dated: October 6, 2017        /s/ Andrew Dawson
                              ANDREW DAWSON
                              Assistant United States Attorney

Dated: October 11, 2017

IT IS SO ORDERED:

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

STIPULATED REQUEST TO CONTINUE SENTENCING HEARING DATE
U.S. v. Michael Howard, CR 16-00412 CRB